IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEIGH TAYLOR                                                          PLAINTIFF

         v.                              Civil No. 04-5015

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                       DEFENDANT


                          **O R D E R**
_____

         On this 28th day of September, 2005, the court has before it for consideration plaintiff's

request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

For reasons set forth in the report and recommendation filed by the Honorable Beverly Stites Jones,

United States Magistrate Judge, on September 9, 2005, the court finds that the magistrate's

recommendations should be adopted *in toto* and hereby awards plaintiff attorney fees and costs in

the amount of $2,291.62, representing 1070 minutes or 17.83 hours of work at a rate of $125.00

per hour and $62.45 in expenses.  This amount shall be paid in addition to, and not out of, any past-

due benefits plaintiff may be awarded in the future.

         IT IS SO ORDERED.


                                        /s/Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        CHIEF, UNITED STATES DISTRICT JUDGE